To: Clerk of Court

Fr: James K. Brown
    Rensselaer County Correctional Facility
    4000 Main Street
    Troy, New York 12180.

1:10-CR-590-GLS-1

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 21 2011

LAWRENCE K. BAERMAN, CLERK
ALBANY

Re: U.S. V. BROWN

To Whom It May Concern:

My name is James K. Brown and I have a pending criminal case matter in your courtroom. I am writing this letter to request this honorable court to dismiss my attorney Mr. Ericson Baird, for violating my Sixth Amendment right, that guarantees my right to effective counsel.

Mr. Baird has never adequately address the court on my behalf since he begun my representation.  Such as: (1) Has never given me a copy of my indictment charges after repititively requesting it 11 months ago. (2) Has never address the court about my bail issue in the last 11 months. (3) I submitted to him evidence(s) that would have proven my innocence in this pending case. However, Mr. Baird ignored them all.

In conclusion, I know that Mr. Baird is not looking out for my interest in litigating my case. Therefore, I humbly request that the court replace him with someone else whom is willing to help me!!

I thank you for taking time in reading this letter. Any and all assistance in this very serious matter will be greatly appreciated.

                                    Respectfully Submitting,

                                    /s/ James K. Brown III

James K. Brown III
4600 Main St.
Troy, NY 12180

U.S. District Court
Clerk's Office
James T. Foley Courthouse
445 Broadway
Albany, N.Y. 12207